FILED
GREAT FALLS DIV.

2011 MAY 23 PM 3 05

PATRICK E. DUFFY, CLERK
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSEPH RAE TWO HEARTS,<br><br>               Defendant. | No. CR 11-10-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States

Magistrate Judge Keith Strong, to which there has been no objection, and subject

to this Court's consideration of the Plea Agreement under Fed. R. Crim. P.

11(c)(3), the plea of guilty of the Defendant to Count I of the Indictment is hereby

accepted. The Defendant is adjudged guilty of such offense. All parties shall

appear before this Court for sentencing as directed.

IT IS SO ORDERED this _23rd_ day of May, 2010.

SAM E. HADDON
United States District Judge

-1-